IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:08-CV-480-TMH |
| | ) [WO] |
| | ) |
| DOTHAN EAGLE and HOUSTON | ) |
| COUNTY CIRCUIT COURT, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #12) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #12) of the Magistrate Judge is ADOPTED, and that this action pursuant to 42 U.S.C. § 1983 is DISMISSED with prejudice due to Plaintiff's failure to state a non-frivolous claim against an actionable defendant.

An appropriate judgment will be entered.

Done this 30th day of September, 2008.

/s/ **Truman M. Hobbs**
UNITED STATES DISTRICT JUDGE